UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 12 |
| | ) | |
| GLENN D. GORRELL | ) | BK No. 18-05276 |
| ROBIN J. GORRELL, | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER EXTENDING DEBTORS' TIME TO FILE CHAPTER 12 PLAN**

Upon consideration of the motion of the above-captioned debtor-in-possession herein (the "Debtors") for entry of an Order pursuant to §1221 of Title 11 of the United States Code (the "Bankruptcy Code") extending the time within which the Debtors may file a plan, and the matter having come on before me to be heard on the 14th day of May, 2019, and David H. Ealy, Esq., having appeared in support of the motion, and no opposition having been filed or appearing, and due and adequate notice of the motion having been provided, and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the motion is granted is its entirety; and it is further

ORDERED, that pursuant to §1221 of the Bankruptcy Code, the time period within which the Debtors may file a plan is extended for a period of sixty (60) days through and including May 18, 2019.

Dated: _____, 2019
       Wilkes-Barre, Pennsylvania

                                          _____
                                          HON. ROBERT N. OPEL, II
                                          CHIEF U.S. BANKRUPTCY JUDGE