UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 12 |
| GORRELL DAIRY LLC | CASE NO. 5-18-bk-05275 RNO |
| ************************************ | CASE NO. 5-18-bk-05276 RNO |
| GLENN D. GORRELL | |
| ROBIN J. GORRELL | (Jointly Administered) |
| Debtors. | |

## ORDER EXTENDING DEBTORS' TIME TO FILE JOINT CHAPTER 12 PLAN

Upon consideration of the separate motions of the above-captioned debtors-in-possession herein (the "Debtors") for entry of an Order pursuant to §1221 of Title 11 of the United States Code (the "Bankruptcy Code") extending the time within which the Debtors may file plans, and an Order having been entered for joint administration of the estates of the Debtors, and the matter having come on before me to be heard on the 14th day of May, 2019, and David H. Ealy, Esq., having appeared in support of the motion, and no opposition having been filed or appearing, and due and adequate notice of the motion having been provided, and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the motion is granted is its entirety; and it is further

ORDERED, that pursuant to §1221 of the Bankruptcy Code, the time period within which the Debtors may file a joint plan is extended for a period of sixty (60) days through and including May 18, 2019.

Dated: _____, 2019
   Wilkes-Barre, Pennsylvania

                                              HON. ROBERT N. OPEL, II
                                              CHIEF U.S. BANKRUPTCY JUDGE

2

Case 5:18-bk-05276-RNO    Doc 47    Filed 04/22/19    Entered 04/22/19 20:42:11    Desc
                    Main Document      Page 2 of 2