Certificate Number: 01401-PAM-DE-033791927

Bankruptcy Case Number: 18-05276


01401-PAM-DE-033791927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2019, at 3:26 o'clock PM EST, Robin J Gorrell completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 5, 2019

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager