United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-05276-PMM |
| Glenn D. Gorrell | Chapter 12 |
| Robin J. Gorrell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 26, 2021 | Form ID: ortext | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn D. Gorrell, Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;mkeller@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |

| Name | Details |
|---|---|
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab | on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com schwab@uslawcenter.com |
| William G Schwab (Trustee) | schwab@uslawcenter.com wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glenn D. Gorrell

**Debtor 1**

Robin J. Gorrell

**Debtor 2**

Chapter: 12

Case number: 5:18−bk−05276−PMM

# ORDER

Order Reassigning Case effective March 19, 2021 to Judge Patricia M. Mayer due to the retirement of Judge Robert N. Opel, II. /s/ Chief Judge Henry W. Van Eck . (Stefano, Carol)

Order Text Entries (Form ortext) (2/19)