In re:  Case No. 18-05276-MJC
Glenn D. Gorrell  Chapter 12
Robin J. Gorrell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 04, 2022     Form ID: blank001     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn D. Gorrell, Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| aty | + | Northern Tier Regional Planning and Development Co, 600 Third Avenue, Kingston, PA 18704-5815 |
| cr | + | AgChoice Farm Credit, ACA, 1434 Sevens Valley Road, York, PA 17408-8870 |
| cr | | Cargill, Inc., Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| cr | + | First Citizens Community Bank, 15 South Main Street, Mansfield, PA 16933-1590 |
| 5142025 | + | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |
| 5142026 | + | AMERICAN EXPRESS, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5161032 | | AgChoice Farm Credit, ACA, 1434 Sevens Road, York, PA 17408 |
| 5152970 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5142027 | | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main St., Towanda, PA 18848-1891 |
| 5142028 | + | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5142030 | + | CNH INDUSTRIAL CAPITAL, Attn: Bankruptcy, Po Box 71264, Philadelphia, PA 19176-6264 |
| 5142031 | + | COMMONWEALTH FINANCING AUTHORITY, P.O. Box 884, Harrisburg, PA 17108-0884 |
| 5161493 | | Cargill, Inc., c/o Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5142032 | + | FIRST CITIZENS COMMUNITY BANK, 1133 W. Main St., Troy, PA 16947-1135 |
| 5142033 | | GORRELL, JEAN P., 220A Swartswood Rd., Newton, NJ 07860 |
| 5164823 | + | H. Rockwell & Son, Inc., 101 Main Street, Towanda, PA 18848-1819 |
| 5142035 | | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5164739 | + | Jared Spencer, Maple Crest Farm, 31 Shell Raod, Columbia Crossroads, PA 16914-8086 |
| 5142036 | + | McCORMICK LAW FIRM, Ann S. Pepperman, Esquire, 835 West Fourth Street, Williamsport, PA 17701-6179 |
| 5164822 | + | Rinaldo A DePaola, 101 Main Street, Towanda, PA 18848-1819 |
| 5142037 | | USDA FARM SERVICE AGENCY, One Credit Union Place, Suite 320, Harrisburg, PA 17110-2994 |
| 5160103 | + | United States of America, Acting thru USDA Farm Service Agency, 200 Lake Rd Suite D, Towanda, PA 18848-9693 |
| 5164612 | + | WOC Energy, J Matthew Fisher Esquire, 17 South High St Suite 1220, Columbus, OH 43215-3441 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5152970 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2022 19:01:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5142029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 19:01:16 | CITI/SEARS, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5165368 | | Email/Text: litbkcourtmail@johndeere.com | Jan 04 2022 18:48:00 | Deere & Company dba John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5142034 | | Email/Text: prock31@frontiernet.net | Jan 04 2022 18:48:00 | H. ROCKWELL & SON, P.O. Box 197, Canton, PA 17724 |
| 5165684 | + | Email/Text: litbkcourtmail@johndeere.com | Jan 04 2022 18:48:00 | John Deere Financial, f.s.b., dba John Deere Fin, PO Box 6600, Johnston, IA 50131-6600 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5149130 | | Northern Tier Regional Planning and Development Co |
| 5154534 | *+ | BRADFORD COUNTY TAX CLAIM BUREAU, COURTHOUSE 301 MAIN ST, TOWANDA, PA 18848-1845 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2022              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;mkeller@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Kara Katherine Gendron (Trustee) | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab | on behalf of Former Trustee William G Schwab (Trustee) ECF@uslawcenter.com schwab@uslawcenter.com |
| William G Schwab (Trustee) | schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 13

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Glenn D. Gorrell, | Chapter | 12 |
| **Debtor 1** | | |
| Robin J. Gorrell, | Case No. | 5:18−bk−05276−MJC |
| **Debtor 2** | | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Please be advised that Kara Katherine Gendron has been appointed as the new Trustee in this pending bankruptcy case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 4, 2022 |

BLANK001 05/2018