Certificate Number: 05781-PAM-DE-040333257

Bankruptcy Case Number: 18-05276


05781-PAM-DE-040333257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2025, at 7:44 o'clock AM PST, Robin Gorrell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 20, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President