In re:  
Glenn D. Gorrell  
Robin J. Gorrell  
    Debtors

Case No. 18-05276-MJC  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 08, 2025      Form ID: pdf010      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn D. Gorrell, Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| aty | + | Northern Tier Regional Planning and Development Co, 600 Third Avenue, Kingston, PA 18704-5815 |
| cr | + | AgChoice Farm Credit, ACA, 1434 Sevens Valley Road, York, PA 17408-8870 |
| cr | | Cargill, Inc., Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| cr | + | First Citizens Community Bank, 15 South Main Street, Mansfield, PA 16933-1590 |
| 5161032 | | AgChoice Farm Credit, ACA, 1434 Sevens Road, York, PA 17408 |
| 5142027 | | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main St., Towanda, PA 18848-1891 |
| 5142028 | + | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5142031 | + | COMMONWEALTH FINANCING AUTHORITY, P.O. Box 884, Harrisburg, PA 17108-0884 |
| 5161493 | | Cargill, Inc., c/o Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| 5142032 | + | FIRST CITIZENS COMMUNITY BANK, 1133 W. Main St., Troy, PA 16947-1135 |
| 5142033 | | GORRELL, JEAN P., 220A Swartswood Rd., Newton, NJ 07860 |
| 5142034 | ++ | H ROCKWELL SON INC, 430 TROY STREET, CANTON PA 17724-1024 address filed with court:, H. ROCKWELL & SON, P.O. Box 197, Canton, PA 17724 |
| 5164823 | + | H. Rockwell & Son, Inc., 101 Main Street, Towanda, PA 18848-1819 |
| 5142035 | | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5164739 | + | Jared Spencer, Maple Crest Farm, 31 Shell Raod, Columbia Crossroads, PA 16914-8086 |
| 5142036 | + | McCORMICK LAW FIRM, Ann S. Pepperman, Esquire, 835 West Fourth Street, Williamsport, PA 17701-6179 |
| 5164822 | + | Rinaldo A DePaola, 101 Main Street, Towanda, PA 18848-1819 |
| 5142037 | | USDA FARM SERVICE AGENCY, One Credit Union Place, Suite 320, Harrisburg, PA 17110-2994 |
| 5160103 | + | United States of America, Acting thru USDA Farm Service Agency, 200 Lake Rd Suite D, Towanda, PA 18848-9693 |
| 5164612 | + | WOC Energy, J Matthew Fisher Esquire, 17 South High St Suite 1220, Columbus, OH 43215-3441 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5142026 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2025 18:50:39 | AMERICAN EXPRESS, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5152970 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2025 18:50:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5142029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2025 18:50:39 | CITI/SEARS, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5142030 | + | Email/Text: nafaxhrbk@cnhind.com | Dec 08 2025 18:42:00 | CNH INDUSTRIAL CAPITAL, Attn: Bankruptcy, Po Box 71264, Philadelphia, PA 19176-6264 |
| 5165368 | | Email/Text: litbkcourtmail@johndeere.com | Dec 08 2025 18:42:00 | Deere & Company dba John Deere Financial, PO Box 6600, Johnston, IA 50131 |

| | | | | |
|---|---|---|---|---|
| 5165684 | + Email/Text: litbkcourtmail@johndeere.com | | | |
| | | Dec 08 2025 18:42:00 | John Deere Financial, f.s.b., dba John Deere Fin, PO Box 6600, Johnston, IA 50131-6600 | |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5149130 | | Northern Tier Regional Planning and Development Co |
| 5154534 | *+ | BRADFORD COUNTY TAX CLAIM BUREAU, COURTHOUSE 301 MAIN ST, TOWANDA, PA 18848-1845 |
| 5142025 | ##+ | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |

United States Trustee		ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Glenn D. Gorrell<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−9970<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | Robin J. Gorrell<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−1392<br>EIN  __−_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:18−bk−05276−MJC | | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

    Glenn D. Gorrell                  Robin J. Gorrell

**By the court:**  _[signature]_

12/08/2025

                                                  Mark J. Conway, United States
                                                  Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

      **For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**