United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Glenn D. Gorrell

Robin J. Gorrell

    Debtors

Case No. 18-05276-MJC

Chapter 12

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Apr 02, 2026 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb        +  Glenn D. Gorrell, Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker  Esquire jshoemaker@hkqpc.com |

Kara Katherine Gendron

karagendrontrustee@gmail.com  PA89@ecfcbis.com

Keri P Ebeck

on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@metzlewis.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lara Shipkovitz Martin

on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Lisa M. Doran

on behalf of Creditor Cargill  Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net

Matthew F. Marshall

on behalf of Creditor AgChoice Farm Credit  ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glenn D. Gorrell,                                    Chapter          12

        **Debtor 1**
                                                     Case No.         5:18−bk−05276−MJC
Robin J. Gorrell,

        **Debtor 2**


Social Security No.:

        xxx−xx−9970        xxx−xx−1392

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

        **Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 2, 2026

**fnldec** (01/22)